**UNITED STATES of America, Plaintiff–Appellee,**

v.

**William Wilson RACKLEY, Defendant–Appellant.**

No. 03–10558.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 11, 2004.*

Decided Aug. 20, 2004.

Serra Marie Tsethlikai, Russell Marsh, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Ralph E. Ellinwood, Esq., Tucson, AZ, for Defendant–Appellant.

Before: PREGERSON, KOZINSKI and HAWKINS, Circuit Judges.

### MEMORANDUM **

The district court did not abuse its discretion when it found that defendant violated a condition of his supervised release by engaging in sexual conduct with a minor. A.R.S. § 13–1405; *see United States v. Verduzco,* 330 F.3d 1182, 1184 (9th Cir. 2003). The record contains sufficient evidence to support the finding that defen-

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

dant and the minor engaged in sexual intercourse as defined by A.R.S. § 13–1401(3).

**AFFIRMED.**